Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
U.S. District of Montana
Billings Division

Cody S. V. Flesch
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SGT. Millard
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cody J. V. Flesch
All other names by which you have been known: n/a
ID Number: 3004653
Current Institution: Montana State Prison
Address: 700 Conley Lake RD
Deer Lodge, MT 59722

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: SGT Millard
Job or Title (if known): Sergeant
Shield Number: not known
Employer: Yellowstone County Detention Facility
Address: 3165 King Ave E
Billings, MT 59101

[X] Individual capacity   [X] Official capacity

**Defendant No. 2**
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

[ ] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____
  Job or Title (if known) _____
  Shield Number _____
  Employer _____
  Address _____
    _____
    City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title (if known) _____
  Shield Number _____
  Employer _____
  Address _____
    _____
    City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment of the United States Constitution right to be free from cruel and unusual punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant SGT. Millard at all times relevant was a sergeant for the Yellowstone County Detention Facility Acting under the color of local law in her official and individual capacity. In that capacity as sergeant, the shift supervisor, ordered officer Duggin to deprive plaintiff of sanitary living conditions, threaten plaintiff with suicide watch, threaten plaintiff with a "stripped cell in response for Plus for medical attent as well as in that same capacity refused to compel medical to give plaintiff medical attention leaving him in high levels of pain and clean clothes and cleaning supplies, thus ordering officer to leave plaintiff covered in another inmates urine and feces from slipping in feces and urine busting his foot on his cell toilet

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Events giving rise to claims arose at the Yellowstone County Detention Facility in Class "C" unit cell #8  Address- 3165 King Ave East, Billings Montana 59101 Events giving rise to claims happened on or about August 14th 2022

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

On or about 8-14-22
8-14-22 or 8-14-22 at 6 or 7 pm into — Either 8-13-22 at 6 or 7 pm into 8-15-22

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

See attached "1st attatchment" (Exhibit A)

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I got a busted foot from slamming it against the toilet when I slipped in the feces and urine. I had trouble walking, was in alot of pain, and couldn't sleep from it the whole night into the next morning. I was put in a medical kite like I was told to, and was never seen during or after this whole situation. So zero medical attention was received by myself. I was exposed to any of infectious diseases or health hazards due to being left covered in another inmates feces and urine. Causing emotional distress, degregation, fear of catching any type of disease. The mental stress, helpless/depression, PTSD or contrary psychological impact these conditions had on me as they would have on any other reasonable person subjected to these inhumane conditions. Left me dry heaving and gaging throughout the night. The conditions had my stomach retching from the repulsive stench that

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attached "2nd attatchment" (Exhibit F)

VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Yellowstone County Detention Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

- Violating my 8th Amendment rights
- Unsanitary living conditions, exposure to hazardous conditions, flooding toilet and human waste
- the unreasonable risk to health
- that SGT Millard ignored risk to my health after being informed by 4c Doggin of my condition intentionally not remeding them and disregarding the health risk
- Refusing to compel medical to come see me knowing I was in pain

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Yellowstone County Detention Facility as well as attempts to from Montana State Prison. I sent grievances to Yellowstone County Detention Facility

2. What did you claim in your grievance?

Being vindictive, SGT. Millard ordered c/o Duggin to leave me covered in another inmate's feces and urine. That she ordered c/o Duggin to threaten me with "stripped cell" and "suicide watch" in response to my protests. That she refused to direct nurse to give me any medical attention. Denying me clean clothes or cleaning supplies to clean my cell.

3. What was the result, if any?

None. Non-response to grievance at YCDF

No answer to repeated letters and grievance forms sent by myself at MSP to SGT. Siebert at YCDF attempting to exhaust administrative remedies.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I filed forms through all 4 levels w/ no response to any level of grievance I submitted.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Carbon copied forms, grievances, and letters from me to YCDF SGT. Siebert in my attempts to exhaust are enclosed with this complaint - see exhibit index

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

    Plaintiff(s) _____N/A_____

    Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county and State)

    _____N/A_____

3. Docket or index number

    _____N/A_____

4. Name of Judge assigned to your case

    _____N/A_____

5. Approximate date of filing lawsuit

    _____N/A_____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. ___N/A___

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

    _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

\* See exhibit 'G' \*

1. Parties to the previous lawsuit

   Plaintiff(s) Flesch

   Defendant(s) Metzger, Bailey, Goodyear, Valdez

2. Court (if federal court, name the district; if state court, name the county and State)

   U.S. District of Montana, Billings Division

3. Docket or index number

   1:22-CV-00090-SPW-KLD

4. Name of Judge assigned to your case

   Judge Susan P. Waters

5. Approximate date of filing lawsuit

   8-22-22

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition  N/A

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-5-22

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Cody J.V. Flesch
Prison Identification #: 3504653
Prison Address: 700 Conley Lake RD
City: Deer Lodge   State: MT   Zip Code: 59722

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 
City:   State:   Zip Code: 
Telephone Number: 
E-mail Address: