## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

CODY JOSEPH VERNON FLESCH,

        Plaintiff,

vs.

SGT. MILLARD,

        Defendant.

CV 22-127-BLG-SPW-TJC

ORDER

Upon the parties' Stipulated Motion to Dismiss (Doc. 27),

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that any pending motions are **DENIED** as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _15th_ day of September, 2023.

_Susan P. Watters_

SUSAN P. WATTERS
U. S. DISTRICT JUDGE